# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

SHELLY ANDREA MOSLEY, )
)
        Plaintiff, )
)
v. ) Case No. CIV-18-575-R
)
NANCY BERRYHILL, )
Acting Commissioner of Social )
Security Administration, )
)
        Defendant. )

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Gary M. Purcell entered February 13, 2019 [Doc. 23]. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety and the decision of the Commissioner of Social Security Administration is AFFIRMED.

IT IS SO ORDERED this 6th day of March 2019.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE